IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JERRY DEBORD, Individually and on Behalf of Others Similarly Situated,** §§§§<br>    *Plaintiff*, | |
| **v.** §§§ | **NO. MO:17-CV-215** |
| **TEXAS CES, INC., and TEXAS CES, INC., d/b/a FELDERHOFF BROTHERS DRILLING SERVICES,** §§§§§<br>    *Defendants*. | |

### ORDER GRANTING JOINT MOTIONS FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL AND SETTLEMENT APPROVAL

BEFORE THE COURT is the above-named parties' Joint Motion for Leave to File Settlement Document Under Seal and related Joint Motion for Approval of Settlement.[1] (Docs. 42, 43). The parties have reached a settlement in this matter and request leave of Court to file their Confidential Settlement Agreement and Release (Settlement Agreement) under seal and ask the Court to approve the Settlement Agreement. *Id*.

In the interest of encouraging settlement negotiations and out of respect to the agreed terms of confidentiality in the parties' Settlement Agreement, the Court **GRANTS** the Joint Motion for Leave to File Settlement Document Under Seal. (Doc. 42). Accordingly, the Court **ORDERS** the Clerk of the Court to docket the attached Settlement Agreement under seal. (Doc. 42-1).

Further, the Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. *Id*.

---

[1] The Joint Motions identify, and the Court acknowledges, the parties as "Plaintiff Jerry DeBord and Defendant SPN Well Services, Inc., f/k/a Texas CES, Inc. and d/b/a Texas CES and Felderhoff Brothers Drilling, incorrectly named as Texas CES, Inc. and Texas CES, Inc., d/b/a Felderhoff Brothers Drilling Company." (Docs. 42, 43).

Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that the Joint Motion for Approval of Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**.  (Docs. 43, 42-1).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, with costs of court and attorney's fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 26th day of March, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE